UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Joel Smith and John Nesse as Trustees of the Minnesota Laborers Health and Welfare Fund, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>Utility Systems of America, Inc.,<br><br>    Defendant | Case No. 20-cv-01170-PJS-LIB<br><br><br><br><br><br>**NOTICE OF DIMISSAL** |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Date: May 22, 2020

                MCGRANN SHEA CARNIVAL
                STRAUGHN & LAMB, CHARTERED


                By:    s/ Amy L. Court
                Carl S. Wosmek (Atty. No. 300731)
                Amy L. Court (Atty. No. 319004)
                Christy E. Lawrie (Atty. No. 388832)
                800 Nicollet Mall, Suite 2600
                Minneapolis, MN 55402
                Telephone: (612) 338-2525
                csw@mcgrannshea.com
                alc@mcgrannshea.com
                cel@mcgrannshea.com

                *Attorney for Plaintiffs*

1236770.DOCX